United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Howard Michael Caplan, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-23784-Civ-Scola |
| | ) |
| American Bumper Corporation, Defendant. | ) |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal, ECF No. 18.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on February 7, 2023.

_____
Robert N. Scola, Jr.
United States District Judge